IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CURTIS TATOM,<br><br>       Plaintiff,<br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, ARTISAN AND TRUCKERS CASUALTY CO., and JOSE LUIS HIGUERA,<br><br>       Defendants. | Case No.: 3:25-cv-00084-SB<br><br><br>ORDER |

**Adrienne Nelson, District Judge**

      United States Magistrate Judge Stacie F. Beckerman issued a Findings and Recommendation in this case on April 18, 2025, ECF [13]. Judge Beckerman recommended that this Court grant plaintiff's motion to remand to state court and remand this action to Multnomah County Circuit Court. No party has filed objections. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(a).

      A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If any party files objections to a magistrate judge's proposed findings and recommendations, "the court shall make a de novo determination of those portions of the report." *Id.* No standard of review is prescribed for portions of the report for which no objections are filed, and no review is required in the absence of objections. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985). A district judge is not, however, precluded from *sua sponte* review of other portions of the report, under a *de novo* standard or otherwise. *Id.* at 154. The Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

      Because no party in this case has made objections, this Court reviews Judge Beckerman's

1

Findings and Recommendation for clear error on the face of the record. Finding no such error, the Court ADOPTS Judge Beckerman's Findings and Recommendation, ECF [13], in full. Plaintiff's Motion to Remand to State Court, ECF [23], is GRANTED, and this case is REMANDED to Multnomah County Circuit Court.

IT IS SO ORDERED.

DATED this 21st day of May, 2025.

_____
Adrienne Nelson
United States District Judge